IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAMELA MAE WOTEN**                                                                                       **PLAINTIFF**

v.                                           No. 4:24-cv-1122-JM

**Commissioner of the Social Security
Administration**                                                                                           **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act. (Doc. No. 12). The Commissioner reports in response to the motion that the parties have now agreed to an award of fees in the amount of $2,000. The Court finds that the settlement of the fee amount is reasonable after reviewing the time and hourly rate requested by Plaintiff as the prevailing party. Plaintiff is awarded $2,000.00 in attorney's fees. This fee award is payable to Plaintiff and should be mailed to the care of Plaintiff's counsel, subject to any offset to satisfy any pre-existing debt owed to the United States.

IT IS SO ORDERED this 14th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE